Form 144

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John T. McEliece**
**Stephanie G. McEliece**
   Debtor(s)

Bankruptcy Case No.: 17−22976−CMB

Chapter: 7
Docket No.: 17

## NOTICE – REMINDER

      Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** **(Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

      ***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: October 9, 2017

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John T. McEliece  
Stephanie G. McEliece  
      Debtors

Case No. 17-22976-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 1      Date Rcvd: Oct 09, 2017  
                       Form ID: 144     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
db/jdb        +John T. McEliece,     Stephanie G. McEliece,     117 Mohawk Road,     Greensburg, PA 15601-4719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2017 at the address(es) listed below:
       Corey J. Sacca     on behalf of Joint Debtor Stephanie G. McEliece csacca@bononilaw.com,
        coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
       Corey J. Sacca     on behalf of Debtor John T. McEliece csacca@bononilaw.com,
        coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
       James Warmbrodt     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
       Robert H. Slone, Trustee     robertslone223@gmail.com,     rslone@pulsenet.com;pa07@ecfcbis.com
       Robert H. Slone, Trustee     on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
        rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                                          TOTAL: 6